LAW OFFICES OF CHRIS COSCA
CHRIS COSCA    (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JACEY ALEXANDRA POWELL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-00083 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE |
| v. | |
| JACEY ALEXANDRA POWELL, | |
| Defendant. | |

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate that the sentencing hearing currently scheduled for September 6, 2018, should be continued to November 8, 2018. A continuance is necessary because, while Ms. Powell has pled guilty, related defendants are pending trial and thus Ms. Powell has not yet completed her cooperation obligations under her plea agreement.

///
///
///
///
///

1
USA v. Powell, Stip and Order to Con't J&S

Moreover, any trial testimony by Ms. Powell may help the Court gauge her remorse and rehabilitation, and thus assist the Court as it determines a fair sentence.

**IT IS SO STIPULATED.**

DATED: August 28, 2018　　　/s/ Michelle Rodriquez
　　　　　　　　　　　　　　MICHELLE RODRIQUEZ
　　　　　　　　　　　　　　Assistant United States Attorney


DATED: August 28, 2018　　　/s/ Chris Cosca
　　　　　　　　　　　　　　CHRIS COSCA
　　　　　　　　　　　　　　Counsel for Defendant Jacey Powell

**O R D E R**

IT IS SO ORDERED.

Dated: September 5, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE