LAW OFFICES OF CHRIS COSCA
CHRIS COSCA    (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JACEY ALEXANDRA POWELL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-00083 MCE |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE |
| v. | |
| JACEY ALEXANDRA POWELL, | |
| Defendant. | |

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate that the sentencing hearing currently scheduled for September 13, 2018, should be continued to November 8, 2018. A continuance is necessary because, while Ms. Powell has pled guilty, related defendants are pending trial and thus Ms. Powell has not yet completed her cooperation obligations under her plea agreement.

///

///

///

///

////

1
USA v. Powell, Stip and Proposed Order to Con't J&S

Moreover, any trial testimony by Ms. Powell may help the Court gauge her remorse and rehabilitation, and thus assist the Court as it determines a fair sentence.

**IT IS SO STIPULATED.**

DATED: September 4, 2018 /s/ Michelle Rodriquez
MICHELLE RODRIQUEZ
Assistant United States Attorney

DATED: September 4, 2018 /s/ Chris Cosca
CHRIS COSCA
Counsel for Defendant Jacey Powell

## O R D E R

IT IS SO ORDERED.

Dated: September 5, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE