1    LAW OFFICES OF CHRIS COSCA
     CHRIS COSCA     (SBN 144546)
2    1007 7th Street, Suite 210
     Sacramento, CA 95814
3    (916) 440-1010

4    Attorney for Defendant
     JACEY ALEXANDRA POWELL

5

6

7                 IN THE UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9

10    UNITED STATES OF AMERICA,         2:18-CR-00083 MCE

11                Plaintiff,       STIPULATION AND ORDER TO
                                     CONTINUE JUDGMENT AND
12    v.                               SENTENCE

13    JACEY ALEXANDRA POWELL,

14                Defendant.

15

16                        **STIPULATION**

17         The parties, by and through their counsel of record and with the consent of probation, hereby

18    stipulate that the sentencing hearing currently scheduled for December 13, 2018, should be

19    continued to January 31, 2019. A continuance is necessary because, while Ms. Powell has pled

20    guilty, related defendants are pending trial and thus Ms. Powell has not yet completed her

21    cooperation obligations under her plea agreement.  Moreover, any trial testimony by Ms. Powell

22    may help the Court gauge her remorse and rehabilitation, and thus assist the Court as it determines a

23    fair sentence.

24

25    ///

26    ///

27    ///

28

USA v. Powell, Stip and Order to Con't J&S

**IT IS SO STIPULATED.**

DATED:          November 20, 2018          /s/ Michelle Rodriquez
                                           MICHELLE RODRIQUEZ
                                           Assistant United States Attorney


DATED:          November 20, 2018          /s/ Chris Cosca
                                           CHRIS COSCA
                                           Counsel for Defendant Jacey Powell




**ORDER**

     IT IS SO ORDERED.

Dated:  November 26, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

USA v. Powell, Stip and Order to Con't J&S