LAW OFFICES OF CHRIS COSCA
CHRIS COSCA    (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JACEY ALEXANDRA POWELL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-00083 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE |
| v. | |
| JACEY ALEXANDRA POWELL, | |
| Defendant. | |

**STIPULATION**

The parties, by and through their counsel of record and with the consent of probation, hereby stipulate that the sentencing hearing currently scheduled for March 14, 2019, should be continued to April 25, 2019. A continuance is necessary because, while Ms. Powell has pled guilty, related defendants are pending trial and thus Ms. Powell has not yet completed her cooperation obligations under her plea agreement.

///

///

///

///

///

1
USA v. Powell, Stip and Proposed Order to Con't J&S

Moreover, any trial testimony by Ms. Powell may help the Court gauge her remorse and rehabilitation, and thus assist the Court as it determines a fair sentence. In addition, this continuance will give the Probation Officer sufficient time to complete the Presentence Investigation Report.

**IT IS SO STIPULATED.**

DATED: January 22, 2018

/s/ Michelle Rodriquez
MICHELLE RODRIQUEZ
Assistant United States Attorney

DATED: January 22, 2018

/s/ Chris Cosca
CHRIS COSCA
Counsel for Defendant Jacey Powell

## **ORDER**

IT IS SO ORDERED.

Dated: January 23, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE