LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JACEY ALEXANDRA POWELL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-00083 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE |
| v. | |
| JACEY ALEXANDRA POWELL, | |
| Defendant. | |

**STIPULATION**

The parties, by and through their counsel of record and with the consent of probation, hereby stipulate that the sentencing hearing currently scheduled for August 8, 2019, should be continued to September 19, 2019. A continuance is necessary because, while Ms. Powell has pled guilty, a related defendant is pending trial and thus Ms. Powell has not yet completed her cooperation obligations under her plea agreement.

///

///

///

///

///

1
USA v. Powell, Stip and Proposed Order to Con't J&S

Moreover, any trial testimony by Ms. Powell may help the Court gauge her remorse and rehabilitation, and thus assist the Court as it determines a fair sentence Investigation Report.

**IT IS SO STIPULATED.**

DATED: July 25, 2019  /s/ Robert Artuz
ROBERT ARTUZ
Assistant United States Attorney

DATED: July 25, 2019  /s/ Chris Cosca
CHRIS COSCA
Counsel for Defendant Jacey Powell

**O R D E R**

IT IS SO ORDERED.

Dated: August 5, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE