UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 2, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JACEY ALEXANDRA POWELL,<br><br>　　　　　Defendant. | Case No.  2:18-cr-0083 MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JACEY ALEXANDRA POWELL</u> Case No. <u> 2:18-cr-0083 MCE </u> Charges <u>18 U.S.C. §1344 (1) and (2)</u> from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

　　　\_\_\_\_\_ Unsecured Appearance Bond $

　　　\_\_\_\_\_ Appearance Bond with 10% Deposit

　　　\_\_\_\_\_ Appearance Bond with Surety

　　　\_\_\_\_\_ Corporate Surety Bail Bond

　　<u>  x  </u> Other: <u>Sentenced to TIME SERVED.</u>

Issued at Sacramento, California on July 2, 2020 at 10:35 A.M.

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE