UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 2, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACEY ALEXANDRA POWELL,

    Defendant.

Case No.  2:18-cr-0083 MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JACEY ALEXANDRA POWELL</u> Case No. <u> 2:18-cr-0083 MCE </u> Charges <u>18 U.S.C. §1344 (1) and (2) </u> from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

    \_\_\_\_\_ Unsecured Appearance Bond $

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

  <u> x </u> Other: <u>Sentenced to TIME SERVED.</u>

Issued at Sacramento, California on July 2, 2020 at 10:35 A.M.

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE